```
            IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF OHIO
                      EASTERN DIVISION
```

**GARY A. BREWSTER,**

        **Plaintiff,**

                                Case No. 2:14-cv-273
    **v.**                                  Judge Marbley
                                Magistrate Judge King

**ARAMARK CORP.,**

        **Defendant.**


## ORDER

On August 6, 2014, the United States Magistrate Judge issued a *Report and Recommendation* recommending that *Plaintiff's Motion for Determination as Class Action Under Fed. Rule 23(c)(1)*, ECF 20, be denied without prejudice to renewal should counsel enter an appearance on behalf of plaintiff. The parties were specifically advised of their right to object to the *Report and Recommendation*, ECF 61, and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation*, ECF 61, is hereby **ADOPTED** and **AFFIRMED.** *Plaintiff's Motion for Determination as Class Action Under Fed. Rule 23(c)(1)*, ECF 20, is **DENIED without prejudice to renewal** should counsel enter an appearance on behalf of plaintiff.

                                                s/Algenon L. Marbley
                                                Algenon L. Marbley
                                           United States District Judge

DATED: October 3, 2014